**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES of AMERICA,  )<br>          ) | No. CR 00-872 PCT RCB |
| Plaintiff/Respondent,  )<br>          ) | CIV 03-708 PCT RCB |
| vs.  )<br>          ) | O R D E R |
| VERNON AUSTIN,  )<br>          )<br>Defendant/Movant.  )<br>_____) |  |

On July 14 and November 10, 2005, the Court ordered Vernon Austin's former trial counsel, Assistant Federal Public Defender Jeffrey Allen Williams, (1) to send Austin a copy of his trial transcript and (2) to file with the Court a notice of sending such transcript. See Order (doc. # 90); Order (doc. # 94). The notice of service was to include the date on which the transcript was sent. Id. Although Williams has orally advised the Court that a copy of the trial transcript has been sent to Austin, the record does not reflect that the required notice of service has been filed with the Court.

Therefore,

1    IT IS ORDERED that Jeffrey A. Williams shall send a copy of
2 the transcript of Vernon Austin's trial of July 19-21, 2001 to
3 Vernon Austin, # 18377-051, United States Penitentiary, P.O. Box
4 7000, Florence, Colorado 81226.  If a copy of such transcript has
5 been sent to Vernon Austin prior to the entry of this Order, no
6 further transmission of such a copy is required by this Order.
7    IT IS FURTHER ORDERED that Jeffrey A. Williams shall file with
8 this Court a notice of sending a copy of the trial transcript to
9 Vernon Austin.  Such notice shall include the date such transcript
10 was sent.  Such notice shall be filed within fifteen (15) days from
11 the entry of this Order.
12    IT IS FURTHER ORDERED directing the Clerk of the Court to
13 provide a courtesy copy of this Order to Jeffrey A. Williams,
14 Assistant Federal Public Defender, District of Arizona, 850 W.
15 Adams Street, Suite 201, Phoenix, Arizona 85007.
16    DATED this 10th day of February, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record, pro se movant, and Jeffrey A. Williams, Assistant Federal Public Defender, District of Arizona, 850 W. Adams Street, Suite 201, Phoenix, Arizona 85007.